# Criminal Case Cover Sheet
## U.S. District Court - District of Massachusetts

| | | |
|---|---|---|
| Place of Offense: 25027 | Category No. I | Investigating Agency I.R.S. |
| City Uxbridge/Wrentham | Related Case Information: | |
| County Worcester | Superseding Ind./Inf. _____ Case No.: 4:09 CR 40027-FDS | |

Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____

Search Warrant Case Number  03-1600/1601/1602 - CBS
04-M-1053/1055-JGD

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  WILLIAM SCOTT DION            Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  721 Canal Road, Sanbornville, NH 038372

Birth date (Year only): 1959  SSN (last 4 #): 5623  Sex M  Race: Caucasian  Nationality: U.S.A.

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Victor A. Wild, AUSA
John Kane/Jeff Shih, DOJ - Tax           Bar Number if applicable  543148

Interpreter:  ☐ Yes  ☒ No     List language and/or dialect: _____

Victims:  ☐ Yes  ☒ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐  ☒ No

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment
Total # of Counts:  ☐ Petty  ☐ Misdemeano _____  ☒ Felony  3 counts

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 12, 2009       Signature of AUSA: _____

♣JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   WILLIAM SCOTT DION

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 371 | Conspiracy | 1 |
| Set 2 | 18 U.S.C. 371 | Conspiracy | 2 |
| Set 3 | 26 U.S.C. 7212(a) | Obstructing the IRS | 4 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search warrants were issued by Magistrate Judge Swartwood in 2003 under Case Nos. 03-1600, 1601 and 1602-CBS for searches at 3 locations, including the residence of defendant DION. Subsequent search warrants were requested from Magistrate Judge Swartwood in 2004 for another search of the residence of defendant DION and a search of the residence of defendant ADAMS. Magistrate Judge Swartwood recused himself in 2004 due to intervening court matters involving defendant DION. The 2004 search warrants were issued by Magistrate Judge Dein under Magistrate Nos. 04-M-1053-JGD and 04-1055-JGD. Defendant ADAMS sought Rule 41 return of property and suppression of evidence under Case No. 04-MC-1053-RWZ. He appealed District Judge Zobel's denial of his motions to the Court of Appeals under Case No. 05-1580. His appeal was denied.